# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Kenneth Michael Wright
Attorney at Law
203 West Clarence St.
Lake Charles LA 70601

James Michael Garner
Sher, Garner, Cahill, etc.
909 Poydras Street, 28th Floor
New Orleans LA 70112

Martha Curtis
Attorney at Law
909 Poydras Street, 28th Floor
New Orleans LA 70112

Amanda R. Schenck
Sher, Garner, Cahill
909 Poydras Street, 29th Fl
New Orleans LA 70112

**REHEARING ACTION: May 23, 2012**

**Docket Number: 11  01056-CA**

**HALL PONDEROSA, LLC
VERSUS
PETROHAWK PROPERTIES, LP**

**Appealed from Calcasieu Parish Case No. 2009-3560**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. Elizabeth A. Pickett
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Hall Ponderosa, LLC** has this day been

**DENIED.**

And, the motion for en banc consideration filed by **Hall Ponderosa, LLC** has this day

been

**DENIED.**

cc: Jamie S. Manuel, Counsel for the Appellant